IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| JESSICA LEIGH GAMEL | Violations: 18 U.S.C. §§ 1704 and 1708 |

## COUNT ONE

### Keys or Locks Stolen or Reproduced

The Grand Jury Charges:

On or about October 6, 2025, through October 20, 2025, in the District of North

Dakota,

JESSICA LEIGH GAMEL

did knowingly and unlawfully possess a key, specifically a United States Postal Arrow

Key, serial number ending in 25853, suited to a lock adopted by the Postal Service and in

use on an authorized receptacle for the deposit of mail matter, and did so with the intent

unlawfully and improperly to use the same;

In violation of Title 18, United States Code, Section 1704.

<u>COUNT TWO</u>

**Theft of Mail Matter**

The Grand Jury Further Charges:

On or about October 16, 2025, in the District of North Dakota,

JESSICA LEIGH GAMEL

did steal and take from authorized depositories for mail matter, namely five mail delivery and collection boxes located in Fargo, North Dakota, at San Juan Dr. South and Montego Avenue, 8th Avenue South and Countryside Trailer Court, 6th Avenue South and Countryside Trailer Court, 2769 Cobblestone Court South, and 4339 9th Avenue Circle South, mail and/or packages belonging to United States Postal Service customers;

In violation of Title 18, United States Code, Section 1708.

<u>COUNT THREE</u>

**Theft of Mail Matter**

The Grand Jury Further Charges:

On or about October 17, 2025, in the District of North Dakota,

JESSICA LEIGH GAMEL

did steal and take from an authorized depository for mail matter, namely from one mail delivery and collection box in Fargo, North Dakota, located at 6th Avenue South and Countryside Trailer Court, mail and/or packages belonging to United States Postal Service customers;

In violation of Title 18, United States Code, Section 1708.

<u>COUNT FOUR</u>

**Theft of Mail Matter**

The Grand Jury Further Charges:

On or about October 18, 2025, in the District of North Dakota,

JESSICA LEIGH GAMEL

did steal and take from authorized depositories for mail matter, namely from nine mail delivery and collection boxes located in Fargo, North Dakota, at 6016 Autumn Drive, 6th Avenue South and Countryside Trailer Court, 5882 31st Street South, Countryside Trailer Court, Buena Vista Trailer Court, 5256 50th Avenue South, 5229 51st Avenue South, 5012 53rd Avenue South, and 5068 53rd Street South, mail and/or packages belonging to United States Postal Service customers;

In violation of Title 18, United States Code, Section 1708.

<u>COUNT FIVE</u>

**Theft of Mail Matter**

The Grand Jury Further Charges:

On or about October 20, 2025, in the District of North Dakota,

JESSICA LEIGH GAMEL

did steal and take from authorized depositories for mail matter, namely three mail

delivery and collection boxes located in Fargo, North Dakota, at San Juan Drive South

and Montego Avenue, 725 42nd Avenue South, and 1001 Gibraltor Avenue, mail and/or

packages belonging to United States Postal Service customers;

In violation of Title 18, United States Code, Section 1708.

A TRUE BILL:

<u>/s/ Foreperson</u>
Foreperson

<u>/s/ NICHOLAS W. CHASE</u>
NICHOLAS W. CHASE
United States Attorney

KMN/ak